UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CHAVARR GILLIAM,<br><br>Defendant. | No. 15-cr-335 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from Defendant inquiring about a reduction in criminal history points as it relates to his sentence. (*See* Doc. No. 45.) The Court construes this letter to be a *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Sentencing Guidelines. IT IS HEREBY ORDERED that the government shall file a response to the motion by May 24, 2024.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated:   May 15, 2024
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation